**VINCENNES STEEL CORPORATION, Appellant, v. Marvin A. HOLDER.**
No. 11018.

Circuit Court of Appeals, Eighth Circuit.
Nov. 15, 1937.

Fred A. Isgrig and Harry C. Robinson, both of Little Rock, Ark., and Seymour Riddle, of Vincennes, Ind., for appellant.

J. Loyd Shouse, W. S. Walker, Virgil D. Willis, and Eugene W. Moore, all of Harrison, Ark., for appellee.

PER CURIAM.

Appeal dismissed at appellant's costs, on motion of appellant and consent of appellee.

■

**Alfred WELLS, Appellant, v. UNITED STATES OF AMERICA, Appellee.**
No. 8441.

Circuit Court of Appeals, Fifth Circuit.
Dec. 10, 1937.

Geo. Wesley Smith, of Monroe, La., for appellant.

J. Fair Hardin, Asst. U. S. Atty., of Shreveport, La., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.
The judgment is affirmed.